Benjamin N. Gluck - State Bar No. 203997
　bgluck@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
　abowman@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
　nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

Attorneys for Claimant John Doe

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CV-07566-RGK-MARx |
|---|---|
| Plaintiff, | **CLAIM** |
| vs. | Assigned to Hon. R. Gary Klausner |
| $200,000.00 In U.S. Currency | |
| Defendant. | |

3779472.1

## I. CLAIM

Pursuant to Supplemental Rule G(5)(a), John Doe[1] ("Claimant") hereby submits his claim contesting forfeiture of the defendant assets in this civil *in rem* forfeiture action. Claimant is the owner of the contents of Box No. 404 seized from U.S. Private Vaults on or around March 22, 2021, including $200,000.00 in U.S. currency, the defendant assets in this case, previously identified as Asset ID No. 21-FBl-003052.

DATED: March 15, 2022

Benjamin N. Gluck
Nicole R. Van Dyk
Ashley D. Bowman
Naomi S. Solomon
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: /s/ Benjamin N. Gluck
Benjamin N. Gluck
Attorneys for Claimant John Doe

---

[1] "John Doe" is a pseudonym, which Claimant has chosen to use in connection with this matter to protect Claimant's Fifth Amendment rights. Claimant's counsel is aware of Claimant's legal name.

## II. VERIFICATION

I am the owner of and have a possessory interest in all the contents of Box No. 5308 seized from U.S. Private Vaults on or around March 22, 2021, including $200,000.00 in U.S. currency, the defendant assets in this action, previously identified as Asset ID. No. 21-FBl-003052.

"John Doe" is a pseudonym, which I am using here to protect my Fifth Amendment rights. I have disclosed my legal name to my counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on March 15, 2022, at Los Angeles, California.

_____
"John Doe"