NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Benjamin N. Gluck (SBN 203997);bgluck@birdmarella.com
Nicole R. Van Dyk (SBN 261646); nvandyk@birdmarella.com
Ashley D. Bowman (SBN 286099); abowman@birdmarella.com
Naomi S. Solomon  (SBN 321357); nsolomon@birdmarella.com
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg,
& Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California  90067
Telephone: (310) 201-2100

ATTORNEY(S) FOR: Claimant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-CV-07566-RGK-MARx |
| v. | |
| $200,000.00 IN U.S. CURRENCY, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Claimant John Doe
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| John Doe | Claimant |
| United States of America | Plaintiff |

| March 15, 2022 | /s/ Benjamin N. Gluck |
|---|---|
| Date | Signature |
| | Benjamin N. Gluck |

Attorney of record for (or name of party appearing in pro per):
Claimants John Doe

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES

