1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  VICTOR A. RODGERS (Cal. Bar No. 101281)
   MAXWELL COLL (Cal. Bar No. 312651)
6  Assistant United States Attorney
   Asset Forfeiture Section
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-2569/1785
9       Facsimile: (213) 894-0142
        E-mail: Victor.Rodgers@usdoj.gov
10              Maxwell.Coll@usdoj.gov

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-07566-RGK-MAR |
|---|---|
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| $200,000.00 IN U.S. CURRENCY, | |
| Defendant. | |
| JOHN DOE, | |
| Claimant. | |

NOTICE is hereby given that, pursuant to Fed. R. Civ. P. 41(a)(1)(A),[1] plaintiff United States of America voluntarily dismisses the above-captioned action because the parties have reached a settlement of this action.

Respectfully submitted,

Dated: June 16, 2022

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRANGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Victor A. Rodgers
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] Fed. R. Civ. P. 41(a)(1)(A) provides that a case can be voluntarily dismissed by a plaintiff without a Court order where, as here, no answer has been filed.

2